Same case below, 377 Fed. Appx. 157.

**No. 10-6290. Troy Keith Lockett, Petitioner v. United States.**

562 U.S. 973, 131 S. Ct. 489, 178 L. Ed. 2d 310, 2010 U.S. LEXIS 7907.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 435 Fed. Appx. 315.

**No. 10-6302. Raul Perez, Petitioner v. United States.**

562 U.S. 974, 131 S. Ct. 490, 178 L. Ed. 2d 310, 2010 U.S. LEXIS 7873.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-6295. Marco Antonio Nunez-Gonzalez, Petitioner v. United States.**

562 U.S. 973, 131 S. Ct. 489, 178 L. Ed. 2d 310, 2010 U.S. LEXIS 7892.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 380 Fed. Appx. 87.

**No. 10-6319. Felipe Felix-Carrazco, Petitioner v. United States.**

562 U.S. 974, 131 S. Ct. 490, 178 L. Ed. 2d 310, 2010 U.S. LEXIS 7895.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 375 Fed. Appx. 778.

**No. 10-6296. Joseph Allen Akens, Petitioner v. United States.**

562 U.S. 973, 131 S. Ct. 490, 178 L. Ed. 2d 310, 2010 U.S. LEXIS 7922.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 602 F.3d 904.

**No. 10-6320. Jeffrey Thomas Harmon, Petitioner v. United States.**

562 U.S. 974, 131 S. Ct. 490, 178 L. Ed. 2d 310, 2010 U.S. LEXIS 7923.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 607 F.3d 233.

**No. 10-6301. John Napoli, Petitioner v. United States.**

562 U.S. 974, 131 S. Ct. 490, 178 L. Ed. 2d 310, 2010 U.S. LEXIS 7883.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-6321. Julio Haro-Verdugo, Sergio Antonio Haro, and Lorenia Haro, Petitioners v. United States.**

562 U.S. 974, 131 S. Ct. 491, 178 L. Ed. 2d 310, 2010 U.S. LEXIS 7906.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.